NF

FILED

JUL 2 2 2009

NB

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

JUDGE AMY ST. EVE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 09 CR 542 |
| | ) | |
| v. | ) | Violation: Title 18, United States Code, Section 115(a)(1)(B) |
| | ) | |
| HAROLD TURNER | ) | |

MAGISTRATE JUDGE ASHMAN

The SPECIAL SEPTEMBER 2008 GRAND JURY charges:

On or about June 2, 2009, and June 3, 2009, in the Northern District of Illinois, Eastern Division, and elsewhere,

HAROLD TURNER,

defendant herein, threatened to assault and murder three United States judges with intent to impede, intimidate, and interfere with such judges while engaged in the performance of official duties and with intent to retaliate against such judges on account of the performance of official duties;

In violation of Title 18, United States Code, Section 115(a)(1)(B).

A TRUE BILL

FOREPERSON

UNITED STATES ATTORNEY